UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SANCHEZ-COBARRUBIAS, et al.,

Plaintiffs,

v.   6:09-cv-5

DELBERT C. BLAND, et al.,

Defendants.

## ORDER

This case was stayed pending resolution of a motion for class certification in a related case, *Ramos-Barrientos v. Bland*, 6:06-cv-89. *See* Doc. 49 at 3.

The motion for class certification has long since been resolved. *See Ramos-Barrientos* at Doc. 209 (Order granting in part and denying in part plaintiffs' motion for class certification).

Therefore, the stay in this case is hereby lifted.

The parties are ordered to file a status report with the Court within thirty (30) days from the date of this Order.

This 13th day of January 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA