Solstice International Consulting, L.C.
209 Flecha Lane
Laredo, TX 78045

# Invoice

| Date | Invoice# |
|------|----------|
| 3/12/2007 | 3122007 |

PLAINTIFF'S EXHIBIT 158

Bill To:

Warner Farming Partnership
Attn: Janette
596 Blake Road
Newton Grove, NC 28366
910-594-1893    Tel
910-594-1707    Fax.

| Description | QTY | Rate | Amount |
|-------------|-----|------|--------|
| Appt. Date : Pending for process 2007 | | | |
| Employer authorized Solstice to Advance/ Credit | | | |
| $100.00   Application fee ( Banamex) | 4 | $206.00 | $824.00 |
| $100.00   US Consulate Visa Fee | | | |
| $6.00   CBP I-94A Departure Record | | | |
| $206.00   Total | | | |
| | | | |
| Solstice International Service Fee | 1 | $50.00 | $50.00 |
| Bank Wire Fee | 1 | $ 10.00 | $ 10.00 |
| | | | |
| Please Bank Wire Transfer Balance | | | |

First National Bank    Solstice International Consulting, LC
6626 San Dario    Account # 0290000831
Laredo, Texas 78041    Routing # 114921416

Please sign & fax copy of bank confirmation to 956.726.6058

xxx _Janet L. Warner_    Date: 3-20-07

Melissa @ 956.726.6363   956.235.4027     956.337.0303

| | Total | $884.00 |
|---|-------|---------|
| Your prompt payment is appreciated. We value your business. | | |

# S e n d i n g   C o n f i r m

Date : MAR-20-2007  TUE 03:15PM
Name : WARREN FARMING
Tel. : 19105941707

```
Phone        :  19567266058
Pages        :  2
Start Time   :  03-20 03:14PM
Elapsed Time :  00'51"
Mode         :  ECM
Result       :  Ok
```

**WARREN FARMING CO., INC.**
**WF PARTNERSHIP**
**WARREN SWINE FARMS**
596 BLAKE RD.
P.O. BOX 223
NEWTON GROVE, NC 28366
910-594-1701 (PHONE)
910-594-1707 (FAX)

**FAX TRANSMISSION**

TO: _Gail_

COMPANY: _FCB_

PHONE #: _594-0994_

FAX #: _594-1637_

FROM: _Janet_

DATE: _3-16-07_

NUMBER OF PAGES INCLUDING COVER: _2_

MESSAGE: _Please draft from_
_WF Partnership & wire_
_& send confirmation_

NOTE: The information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this fax in error, please notify the sender immediately.

Sending Confirm

Date : MAR-16-2007  FRI 08:30AM
Name : WARREN FARMING
Tel. : 19105941707

| | | |
|---|---|---|
| Phone | : | 5941637 |
| Pages | : | 2 |
| Start Time | : | 03-16 08:29AM |
| Elapsed Time | : | 00'42" |
| Mode | : | ECM |
| Result | : | Ok |

**WARREN FARMING CO., INC.**
**WF PARTNERSHIP**
**WARREN SWINE FARMS**
596 BLAKE RD.
P.O. BOX 223
NEWTON GROVE, NC 28366
910-594-1701 (PHONE)
910-594-1707 (FAX)

**FAX TRANSMISSION**

TO: _Melissa_

COMPANY: _Solstice_

PHONE #: _956-726-6363_

FAX #: _956-726-6058_

FROM: _Janet Warren / WF Partnership_

DATE: _3-20-09_

NUMBER OF PAGES INCLUDING COVER: _2_

MESSAGE: _____

_____

_____

_____

NOTE: The information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this fax in error, please notify the sender immediately.

FROM

# Invoice

**Solstice International Consulting, L.C.**
209 Flecha Lane
Laredo, TX 78045

| Date | Invoice# |
|------|----------|
| 4/4/2007 | 442007 |

Bill To:

**Warner Farming Partnership**
**Attn: Janette**
**596 Blake Road**
**Newton Grove, NC 28366**
**910-594-1893** Tel
**910-594-1707** Fax.

| Description | QTY | Rate | Amount |
|-------------|-----|------|--------|
| Appt. Date : Monday, April 9, 2007. Employer authorized Solstice to Advance/ Credit | 24 | $206.00 | $4,944.00 |
| $100.00 Application fee ( Banamex) $100.00 US Consulate Visa Fee $6.00 CBP I-94A Departure Record $206.00 Total | | | |
| Solstice International Service Fee | 1 | $200.00 | $200.00 |
| Bank Wire Fee | 1 | $ 10.00 | $ 10.00 |
| Please Bank Wire Transfer Balance | | | |
| *Credit for 1 worker that had apt. on March 22nd at the MTY Consulate | | | |
| First National Bank    Solstice International Consulting, LC 6825 San Dario    Account # 0290000831 Laredo, Texas 78041    Routing # 114921415 | | | |

Please sign & fax copy of bank confirmation to 956.728.6058

~~~~~ Date: 4-6-07

Melissa @ 956.728.6383  956.235.4027    956.337.0303

| | Total | **$5,154.00** |
|---|-------|----------|

Your prompt payment is appreciated. We value your business.

Wire Transfer Request Complete

Inquiry Id=070406092253H300

*------- The Customer Signature is required-------*

I agree that this wire transfer is governed by the Bank's Funds
Transfer Authorization and Agreement. The terms of which are
incorporated herein by reference. Copy available upon request.

Customer Signature: _____

| Wire Information | | |
|---|---|---|
| Date: | 04/06/07 | Time: | 09:22:53 AM Eastern Time |
| Wire Phoned In?: | Yes | Wire Amount: | 5154.00 |
| Originator Account #: | 002942267315 | Customer Initiating Wire: | *WF PARTNERSHIP |
| Name on Wire Transfer Agreement: | Janet Warren | Name on Wire Transfer Agreement Verified?: | Y |

| Identification Information | | |
|---|---|---|
| Residency Status: | | | |
| Tax ID: | 571149994 | Tax ID Verified?: | Y |
| Company Account Number: | 002942267315 | Company Account Number Verified?: | Y |
| Contact Phone Number: | 910 594-1701 | Contact Phone Number Verified?: | Y |
| Account Open Date: | 03/25/2003 | Account Open Date Verified?: | Y |
| Account Branch Location: | 00294 | Account Branch Location Verified?: | Y |

| Receiving Information | | |
|---|---|---|
| Bank ABA: | 114921415 | Bank Name: | FIRST NATIONAL BANK |
| Beneficiary Account Number: | 0290000831 | Beneficiary Account Name: | Solstice International consulting |
| Address Line 1: | | Address Line 2: | |

| Beneficiary Information | | |
|---|---|---|
| Swift Number/Iban Number: | | Bank Name: | |
| Address: | | City & Country: | |
| ISO Country Code: | US | | |

| Additional Information | | |
|---|---|---|
| Additional Information: | | | |

https://webfsb.com/domestionwire/execute/manageDomesticWire

Sending Confirm

Date : APR-6-2007  FRI  09:11AM
Name : WARREN FARMING
Tel. : 19105941707

| | |
|---|---|
| Phone | : 19567266058 |
| Pages | : 3 |
| Start Time | : 04-06 09:10AM |
| Elapsed Time | : 01'07" |
| Mode | : ECM |
| Result | : Ok |

## Sending Confirm

Date : APR-6-2007  FRI  07:44AM
Name : WARREN FARMING
Tel. : 19105941707

```
Phone         :  5941637
Pages         :  2
Start Time    :  04-06 07:42AM
Elapsed Time  :  00'45"
Mode          :  ECM
Result        :  Ok
```

# SOLSTICE INTERNATIONAL

*209 Flecha Lane*
*Laredo Texas, 78045*
*956-726-6363*
*956-726-6058*

| Send to: Warner Farming | From: Solstice Intl Leticia Ramos |
|---|---|
| Attention: Janette | Date: April 4, 2007 (Wednesday) |
| Office location: ~~888-568-4354~~ 910-694-1893 | Office location: 956-726-6363 |
| Fax number: ~~830-589-9906~~ 910-694-1707 | FAX: 956-726-6058 |
| Total pages including cover: 2 | |

FAXED
4-4-07

Good Afternoon Janette,

I had spoken with Patricia at Agworks, she had confirmed to me that you have any Apt. conf. on April 9, 2007 (Monday) for 25 applicant. However, here I am submitting you an invoice for the payment you want to for your worker.

However, you have only one credit for 1 worker that had an apt. on March 22nd.

Please send us copy of the confirmation sheet; sign and date on the invoice and fax it to our office.

Please advise if further information is needed.

Thank you,
Leticia Ramos

**WARREN FARMING CO., INC.**
**WF PARTNERSHIP**
**WARREN SWINE FARMS**
**596 BLAKE RD.**
**P.O. BOX 223**
**NEWTON GROVE, NC 28366**
**910-594-1701 (PHONE)**
**910-594-1707 (FAX)**

**FAX TRANSMISSION**

TO: _MELISSA_

COMPANY: _SOLSTICE_

PHONE #: _956-726-6363_

FAX #: _956-726-6058_

FROM: _JANET WARREN_

DATE: _4-5-07_

NUMBER OF PAGES INCLUDING COVER: _3_

MESSAGE: _____

NOTE: The information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this fax in error, please notify the sender immediately.

**Solstice International Consulting, L.C.**
209 Flecha Lane
Laredo, TX 78045

# Invoice

| Date | Invoice# |
|------|----------|
| 4/12/2007 | 4122007 |

| Bill To: |
|----------|
| Warner Farming Partnership<br>Attn: Janette<br>596 Blake Road<br>Newton Grove, NC 28366<br>910-594-1893    Tel<br>910-594-1707    Fax. |

| Description | QTY | Rate | Amount |
|-------------|-----|------|--------|
| Appt. Date : Monday, April 13, 2007 at the Monterrey consulate<br>Employer authorized Solstice to Advance/ Credit<br><br>$100.00  Application fee ( Banamex)<br>$100.00  US Consulate Visa Fee .<br>$6.00  CBP I-94A Departure Record<br>$206.00  Total | 1 | $206.00 | $206.00 |
| Bank Wire Fee | 1 | $   10.00 | $       10.00 |
| Please Bank Wire Transfer  Balance .<br><br>*Credit for 1 worker that had apt. on March 22nd at the MTY Consulate<br>*Credit for 1 worker that had apt. on April 9th at the MTY Consulate | | | |
| First National Bank    Solstice International Consulting,LC<br>6625 San Darlo       Account # 0290000831.<br>Laredo, Texas 78041    Routing # 114921416<br><br>Please sign & fax copy of bank confirmation to 956.726.6058 | | | |
| XX Janet L-Warner      Date: 4-12-07 | | | |
| Melissa @ 956.726.6363  956.235.4027      956.337.0303 | | | |

| | Total | $216.00 |
|--|-------|---------|
| Your prompt payment is appreciated. We value your business. | | |

# TRANSACTION REPORT

## APR-13-2007 FRI 03:39 AM

### TX (MEMORY)

| # | DATE | START TIME | RECEIVER | COM. TIME | PAGES | TYPE/NOTE NO RESPONSE | FILE |
|---|------|-----------|----------|-----------|-------|----------------------|------|
|   |      |           |          | 0:00:00   |       |                      | 522  |
| 001 | APR-13 | 09:38 AM | 5941707 | | 0 | | |
|   |      |           | TOTAL | 0:00:00 | 0 | | |

## FOLLOWING DATA CANNOT BE SENT
## PLEASE HAND THIS TRANSACTION REPORT TO SENDER    Page 1 of 1

Domestic Wire Transfer - Domestic Outgoing Wire Transfer

Wire Transfer Request Complete

Inquiry Id=070412141313H300

*———— The Customer Signature is required————*

I agree that this wire transfer is governed by the Bank's Funds Transfer Authorization and Agreement. The terms of which are incorporated herein by reference. Copy available upon request.

Customer Signature:

| Wire Information | | |
|---|---|---|
| Date: | 04/12/07 | Time: | 14:13:15 PM Eastern Time |
| Wire Phoned In?: | Yes | Wire Amount: | 216.00 |
| Originator Account #: | 002942267315 | Customer Initiating Wire: | *WF PARTNERSHIP |
| Name on Wire Transfer Agreement: | Janet warren | Name on Wire Transfer Agreement Verified?: | Y |

| Identification Information | | |
|---|---|---|
| Residency Status: | | | |
| Tax ID: | 571149994 | Tax ID Verified?: | Y |
| Company Account Number: | 002942267315 | Company Account Number Verified?: | Y |
| Contact Phone Number: | 910 594-1701 | Contact Phone Number Verified?: | Y |
| Account Open Date: | 03/25/2003 | Account Open Date Verified?: | Y |
| Account Branch Location: | 00294 | Account Branch Location Verified?: | Y |

| Receiving Information | | |
|---|---|---|
| | | Bank Name: | FIRST NATIONAL BANK |
| Bank ABA: | 114921415 | Bank Name: | |
| Beneficiary Account Number: | 0290000831 | Beneficiary Account Name: | Solstice International Consulting L |
| Address Line 1: | | Address Line 2: | |

| Beneficiary Information | | |
|---|---|---|
| Swift Number/Iban | | Bank Name: | |

13

## Sending Confirm

Date : APR-13-2007 FRI 08:43AM
Name : WARREN FARMING
Tel. : 19105941707

| | |
|---|---|
| Phone | : 19567266058 |
| Pages | : 3 |
| Start Time | : 04-13 08:42AM |
| Elapsed Time | : 01'10" |
| Mode | : ECM |
| Result | : Ok |

WARREN FARMING CO., INC.
WF PARTNERSHIP
WARREN SWINE FARMS
596 BLAKE RD.
P.O. BOX 223
NEWTON GROVE, NC 28366
910-594-1701 (PHONE)
910-594-1707 (FAX)

FAX TRANSMISSION

TO: _LETICIA_

COMPANY: _SOLSTICE NT_

PHONE #: _956-126-6363_

FAX #: _956-126-6058_

FROM: _JANET WARREN / WF PARTNERSHIP_

DATE: _4-13-07_

NUMBER OF PAGES INCLUDING COVER: _3_

MESSAGE: _____

_____

_____

_____

NOTE: The information contained in this facsimile message is privileged and confidential. Information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this fax in error, please notify the sender immediately.

**Solstice International Consulting, L.C.**
209 Flecha Lane
Laredo, TX 78045

# Invoice

| Date | Invoice# |
|------|----------|
| 8/17/2007 | 8172007 |

| Bill To: |
|----------|
| Warner Farming Partnership<br>Attn: Janette<br>596 Blake Road<br>Newton Grove, NC 28366<br>910-594-1893    Tel<br>910-594-1707    Fax. |

| Description | QTY | Rate | Amount |
|-------------|-----|------|--------|
| Appt. Date : Wednesday, May 23, 2007 at the Nuevo Laredo consulate | | | |
| Employer authorized Solstice to Advance/ Credit | | | |
| | | | |
| $100.00  Application fee ( Banamex) | 20 | $206.00 | $4,120.00 |
| $100.00  US Consulate Visa Fee | | | |
| $6.00  CBP I-94A Departure Record | | | |
| $206.00  Total | | | |
| | | | |
| | | | |
| Courrier fee (per Transaction)  (Effective) 3/21/07) | 1 | $200.00 | $200.00 |
| Bank Wire Fee | 1 | $  10.00 | $      10.00 |

Please Bank Wire Transfer  Balance

<u>First National Bank</u>       <u>Solstice International Consulting,LC</u>
6626 San Dario       Account # 0290000831
Laredo, Texas 78041       Routing # 114021416

<u>Please sign & fax copy of bank confirmation to 956.726.6058</u>

xxx _Janett K. Warner_  Date: 5-18-07

Melissa @ 956.726.6363  956.236.4027        956.337.0303

| Your prompt payment is appreciated. We value your business. | Total | **$4,330.00** |
|---|---|---|

Wire Transfer Request Complete

Inquiry Id=070518090327H300

*------ The Customer Signature is required------*

I agree that this wire transfer is governed by the Bank's Funds Transfer Authorization and Agreement. The terms of which are incorporated herein by reference. Copy available upon request.

Customer Signature: _____

## Wire Information

| | | | |
|---|---|---|---|
| Date: | 05/18/07 | Time: | 09:03:27 AM Eastern Time |
| Wire Phoned In?: | Yes | Wire Amount: | 4330.00 |
| Originator Account #: | 002942267315 | Customer Initiating Wire: | *WF PARTNERSHIP |
| Name on Wire Transfer Agreement: | Janet Warren | Name on Wire Transfer Agreement Verified?: | Y |

## Identification Information

| | | | |
|---|---|---|---|
| Residency Status: | | | |
| Tax ID: | 571149994 | Tax ID Verified?: | Y |
| Company Account Number: | 002942267315 | Company Account Number Verified?: | Y |
| Contact Phone Number: | 910 594-1701 | Contact Phone Number Verified?: | Y |
| Account Open Date: | 03/25/2003 | Account Open Date Verified?: | Y |
| Account Branch Location: | 00294 | Account Branch Location Verified?: | Y |

## Receiving Information

| | | | |
|---|---|---|---|
| | | Bank Name: | FIRST NATIONAL BANK |
| Bank ABA: | 114921415 | Bank Name: | |
| Beneficiary Account Number: | 0290000831 | Beneficiary Account Name: | Solstice International Consulting, |
| Address Line 1: | | Address Line 2: | |

## Beneficiary Information

| | | | |
|---|---|---|---|
| | | Bank Name: | |
| Swift Number/Iban Number: | | | |
| Address: | | City & Country: | |
| ISO Country Code: | US | | |

## Additional Information

Additional Information:

## Sending Confirm

Date : MAY-18-2007 FRI 08:54AM
Name : WARREN FARMING
Tel. : 19105941707

```
Phone        : 19567266058
Pages        : 3
Start Time   : 05-18 08:52AM
Elapsed Time : 01'24"
Mode         : ECM
Result       : Ok
```

# WARREN FARMING CO., INC.
## WF PARTNERSHIP
## WARREN SWINE FARMS
### 596 BLAKE RD.
### P.O. BOX 223
### NEWTON GROVE, NC 28366
### 910-594-1701 (PHONE)
### 910-594-1707 (FAX)

## FAX TRANSMISSION

TO: _____ MELISSA _____

COMPANY: _____ SOLSTICE INTERNATIONAL CONSULTING ___

PHONE #: _____ 956-726-63663 _____

FAX #: _____ 956-726-6058 _____

FROM: _____ JANET WARREN/WF PARTNERSHIP _____

DATE: _____ 5-18-07 _____

NUMBER OF PAGES INCLUDING COVER: 3 _____

MESSAGE: ____ COPY OF INVOICE FROM SOLSTICE & COPY OF WIRE TRANSFER FROM

_____ OUR BANK.   LET ME KNOW IF YOU NEED ANYTHING ELSE.

_____ THANK YOU! _____

_____

_____

NOTE: The information contained in this facsimile message is privileged and confidential
information intended for the use of the individual or entity named above. If the reader of this
message is not the intended recipient, you are hereby notified that any dissemination, distribution,
or copy of this communication is strictly prohibited. If you have received this fax in error, please
notify the sender immediately.

**Solstice International Consulting, L.C.**
209 Flecha Lane
Laredo, TX 78045

956-726-6363

solstice_hill@hotmail.com

# Invoice

| Date | Invoice# |
|------|----------|
| 6/22/2007 | 6222007 |

Bill To:

Warren Farming Partnership
 Attn: Janet
596 Blake Road
Newton Grove, NC 28366
910-594-1893   Tel
910-594-1707   Fax.

| Description | QTY | Rate | Amount |
|-------------|-----|------|--------|
| Appt. Date : Tuesday, June 26, 2007 at the Monterrey consulate<br>Employer authorized Solstice to Advance/ Credit | | | |
| $110.00   Application fee ( Banamex)<br>$100.00   US Consulate Visa Fee<br>$6.00    CBP I-94A Departure Record<br>$216.00   Total | 6 | $216.00 | $1,296.00 |
| **Credit for US Consulate Visa Fee $100.00<br>Appt. May 23 @ Nuevo Laredo- Antonio Flores denied: | | $100.00 | ($100.00) |
| Courier fee (per Transaction/ (Effective: 3/21/07)<br>*Please note: Amount of over $10,000.00 we request to two courier fee. | 1 | $200.00 | $200.00 |
| Bank Wire Fee | 1 | $   10.00 | $   10.00 |

Please Bank Wire Transfer :
Transaction must occur before 12:00 noon CT tobe credited same day.

First National Bank      Solstice International Consulting,LC
6626 San Dario      Account # 0290000831
Laredo, Texas 78041      Routing # 114921415

Please sign & fax copy of bank confirmation to 956.726.6058

xxx _Janet L. Warren_ Date: 6-25-07

Melissa @ 956.726.6363   956.235.4027      956.337.0303

| | Total | $1,406.00 |
|---|-------|-----------|

Your prompt payment is appreciated. We value your business.

Wire Transfer Request Complete

Inquiry Id=070625092054H300

*------- The Customer Signature is required------*

I agree that this wire transfer is governed by the Bank's Funds Transfer Authorization and Agreement. The terms of which are incorporated herein by reference. Copy available upon request.

Customer Signature: _____

| Wire Information | | |
|---|---|---|
| Date: | 06/25/07   Time: | 09:20:54 AM Eastern Time |
| Wire Phoned In?: | Yes   Wire Amount: | 1406 . 00 |
| Originator Account #: | 002942267315   Customer Initiating Wire: | *WF PARTNERSHIP |
| Name on Wire Transfer Agreement: | Janet Warren   Name on Wire Transfer Agreement Verified?: | Y |

| Identification Information | | |
|---|---|---|
| Residency Status: | | |
| Tax ID: | 571149994   Tax ID Verified?: | Y |
| Company Account Number: | 002942267315   Company Account Number Verified?: | Y |
| Contact Phone Number: | 910 594-1701   Contact Phone Number Verified?: | Y |
| Account Open Date: | 03/25/2003   Account Open Date Verified?: | Y |
| Account Branch Location: | 00294   Account Branch Location Verified?: | Y |

| Receiving Information | | |
|---|---|---|
| Bank ABA: | 114921415   Bank Name: | FIRST NATIONAL BANK |
| Beneficiary Account Number: | 0290000831   Beneficiary Account Name: | Solstice International Consulting L |
| Address Line 1: | 209 Flecha Ln   Address Line 2: | Laredo TX 78045 |

| Beneficiary Information | | |
|---|---|---|
| Swift Number/Iban Number: | Bank Name: | |
| Address: | City & Country: | |
| ISO Country Code: | US | |

| Additional Information | | |
|---|---|---|
| Additional Information: | | |

# Sending Confirm

Date : JUN-25-2007 MON 09:16AM
Name : WARREN FARMING
Tel. : 19105941707

```
Phone        : 19567266058
Pages        : 3
Start Time   : 06-25 09:15AM
Elapsed Time : 01'10"
Mode         : ECM
Result       : Ok
```

WARREN FARMING CO., INC.
WF PARTNERSHIP
WARREN SWINE FARMS
596 BLAKE RD.
P.O. BOX 223
NEWTON GROVE, NC 28366
910-594-1701 (PHONE)
910-594-1707 (FAX)

FAX TRANSMISSION

TO: _____

COMPANY: *Solstice*

PHONE #: 956-126-6363

FAX #: 956-126-4058

FROM: *Janet Warren*

DATE: 6-25-07

NUMBER OF PAGES INCLUDING COVER: 3

MESSAGE: *CONFIRMATION OF WIRE FEES FOR 6 WORKERS*

_____

_____

NOTE: The information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this fax in error, please notify the sender immediately.

# Invoice

**Solstice International Consulting, L.C.**
209 Flecha Lane
Laredo, TX 78045

956.726.6363 tel
956.726.6058 fax
solstice_int@hotmail.com

| Date | Invoice# |
|------|----------|
| 5/29/2008 | SOL8290B |

**Bill To:**
WF Partnership
Attn: George Warren / Janet Warren
596 Blake Road
Newton Road, North Carolina 28366
910.594.1701    Tel
910.594.1707    Fax
910.237.0271    Cell

| Description | QTY | Rate | Amount |
|-------------|-----|------|--------|
| Appt Date: August 20, 2008 Warren/Warren/Party Hdrs 13 Consulate Results/Departure : August 20,2008  (Wednesday) after 5:30 pm CT Employer authorized Solstice to Advance/ Credit H2A workers<br><br>$100.00   US Consulate Visa Fee<br>$131.00   Banamex receipt (Application Fee -US Consulate requirement)<br>$60.00   Processing Fee (Nuevo Laredo)<br>$6.00    CBP I-94 Arrival Departure Record Card<br>$297.00   Total to be disbursed per visa holder<br>x 6      applicants<br>$3,684.00 | 12 | $297.00 | $3,684.00 |

**Employer will have credit for Visa /Banamex /CBP card credit fee
if worker is denied

If applicant does NOT have the Banamex receipt upfront and we use
employer credit, if the applicant is denied ,the Banamex fee is NOT
credited to the employer.

Applicants will be asked to provide BANAMEX RECEIPT upfront.
Applicants will be asked to provide PROCESSING FEE upfront.
If the applicant is issued a visa, the applicant will sign that he is being
reimbursed by the employer for that expense:

Note: This allows the employer to maintain credit for denials

$131.00  = Banamex   (reimburse collected NVL) if visa issued
          If the worker is denied, the worker is out the fee
$100.00 =  US Consulate Visa Fee (reimburse) collected in NVL if visa issued
$60.00     Proc.Fee (NVL) collected upfront (reimburse) in NVL if visa issued
          If the worker is denied, the worker is out the fee
$6.00      CBP card   =  paid by employer (disbursed in NVL.)
                         (if visa issued)

$297.00  Total to be disbursed per visa holder
          We will have signature of each person who receives $

Solstice is Charging a Fee of ($27.00 )
Per each transaction of $10,000.00

Bank Fee of Wire transfers

Please Bank Wire Transfer Balance   by Friday 5.30.08 by 1:00 CT

First National Bank    Solstice International Consulting,LC
5626 San Dario       Account # 0290000831
Laredo, Texas 78041  Routing # 114921415
Tel. 956-523-7801     Tel. 956-726-6363

Please sign & fax copy of bank confirmation of transaction
to (956.726.6058)

XXX _____ Date: _____

Melissa @ 956.726.6363  956.235.4027     956.337.0303

Your prompt payment is appreciated. We value your business.

| | | Total | $3,824.00 |

Zimbra Collaboration Suite

warrenfarms@embarqmail.com

Invoice on appt. date 8/20/08

Monday, August 18, 2008 12:39:16 PM

From: office@solstice-intl.com

To: warrenfarms@embarqmail.com

Attachments: 6.20.08.(NVL)WF PARTNERSHIP WAC 08-208-51110.12 workers.xls (23.2KB)

Here I' am sending you the invoice for the appt. on 8/20/08.
Please sing the Invoice and send it back.

Thank you,

Jovita Cruz / Operator Assistant
Solstice International Consulting, L.C.
209 Flecha Lane
Laredo, TX 78045
Tel. (956) 726-6363 ext. 202
Fax. (956) 726-6058
Email: office@solstice-intl.com

Internal Virus Database is out-of-date.
Checked by AVG.
Version: 7.5.524 / Virus Database: 269.23.1/1384 - Release Date: 4/17/2008 3:47 PM