BLAND FARMS, LLC/OPERATING ACCOUNT

Vendor No: PAILOG / Name: PAISANO WORKER LOGISTICS

2712

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 155 | | 11/17/05 | 3120.00 | 0.00 | 0.00 | 3120.00 |
| 225 | | 12/21/05 | 20000.00 | 0.00 | 0.00 | 20000.00 |

(Acct: 01095000-000-000)        Check Date 01/10/06        Total        $23120.00

BLAND FARMS, LLC/OPERATING ACCOUNT

Vendor No: PAILOG / Name: PAISANO WORKER LOGISTICS

2712

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 155 | | 11/17/05 | 3120.00 | 0.00 | 0.00 | 3120.00 |
| 225 | | 12/21/05 | 20000.00 | 0.00 | 0.00 | 20000.00 |

(Acct: 01095000-000-000)        Check Date 01/10/06        Total        $23120.00

LMP43

51N322 (7/05) 524582

PLAINTIFF'S EXHIBIT
196



**Growers of the World Famous "Vidalia Sweet Onions"**

December 31, 2005

PAISANO WORKER LOGISTICS
PO BOX 450428
LAREDO ,TX 78045

Dear Sir:

Our auditor, Pamela G. Jenkins, CPA, P.C., is conducting an audit of our financial statements.
Please confirm the balance due you at 12/31/2005, Bland Farms indicates a balance of $23,120.00.

| Invoice Nbr | Invoice Date | Invoice Amount | Invoice Nbr | Invoice Date | Invoice Amount |
|-------------|--------------|----------------|-------------|--------------|----------------|
| 155 | 11/17/2005 | $3,120.00 | 225 | 12/21/2005 | $20,000.00 |

Please indicate in the space below whether this is in agreement with your records. If there are
differences, please provide any information that will assist our auditors in reconciling the
difference.

Please sign and date your response and mail your reply directly to Pamela G. Jenkins, CPA, P.C.
118 North Pearl Avenue Douglas, Georgia 31533. in the enclosed return envelope.

Very truly yours,

Michael Hively
General Manger/CFO

To: Pamela G. Jenkins
The balance of $23,120.00 due our company   is correct with the following
exceptions (if any): _____

Signature:_____

Title: _Correol Mgr._____

Date: _01/10/2006_____

PAILOG

1126 Raymond Bland Rd • Glennville GA 30427
Phone (912) 654-1426 • 1-800-440-9543 • Fax (912) 654-1330

# PAISANO WORKER LOGISTICS

**WORKER LOGISTICS IS OUR BUSINESS**
P.O. BOX 450428
LAREDO, TEXAS 78045
Phone 877-796-0029 FAX 956-796-0095

*Copy*

**DATE:** December 21, 2005
**INVOICE #** 225
**FOR:** *BUS FARE*

**RECEIPT FOR:**
BLAND FARMS
ATT: ACCOUNTING
1126 RAYMOND BLAND RD.
GLENNVILLE, GA. 30427

| DESCRIPTION | AMOUNT |
|---|---|
| 5 BUSES TO TRANSPORT WORKERS BACK TO MEXICO FROM GLENNVILLE, GA. TO LAREDO, TEXAS @ $4,000.00 EACH BUS ON DEC. 17th, 2005 | $20,000.00 |
| *157 workers @ 85⁰⁰ = $13,345⁰⁰* *Due Sunda* *@5 Buses @4000⁰⁰ → $20,000 − 13,345 $6,655⁰⁰ Due Paisano* *Pd. Ck#1096 02-17-06* | |
| **TOTAL** | **$ 20,000.00** |

If you have any questions concerning this invoice, contact ●RICARDO RODRIGUEZ
E-MAIL PAISANO @NETSCORP.NET

**THANK YOU FOR YOUR BUSINESS!**

**BLAND FARMS, LLC  OPERATING ACCOUNT**

5892

Vendor No: PAILOG / Name: PAISANO WORKER LOGISTICS

5892

| Invoice Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---|---|---|---|---|---|
| 5623 | 10/23/06 | 875.00 | 0.00 | 0.00 | 875.00 |

(Acct: 01095000-000-000)          Check Date 11/24/06          Total          $875.00

# PAISANO WORKER LOGISTICS

*WORKER LOGISTICS IS OUR BUSINESS*
P.O. BOX 450428
LAREDO, TEXAS 78045
Phone 877-796-0029 FAX 956-796-0095

| | |
|---|---|
| **DATE:** | October 23,2006 |
| **INVOICE #** | 5623 |
| **FOR:** | *BUS FARE* |

*Copy*

RECEIPT FOR:
BLAND FARMS
ATT: ACCOUNTING
1126 RAYMOND BLAND RD.
GLENNVILLE, GA. 30427

| DESCRIPTION | AMOUNT |
|---|---|
| COST TO TRANSPORT WORKERS FROM CASHIERS, N.C. AND FRANKLIN, N.C. TO GLENNVILLE, GA.  25 WORKERS @ $35.00 EACH. | $875.00 |
| | |
| **TOTAL** | $   875.00 |

*Pd 11/27/06 $875.00*

If you have any questions concerning this invoice, contact   RICARDO RODRIGUEZ
E-MAIL PAISANO @NETSCORP.NET

**THANK YOU FOR YOUR BUSINESS!**

**BLAND FARMS, LLC  OPERATING ACCOUNT**

6153
6153

Vendor No: PAILOG / Name: PAISANO WORKER LOGISTICS

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 6745 | | 12/19/06 | 18000.00 | 0.00 | 0.00 | 18000.00 |

*Paid 12/27/06*
*Deposited on 12/28/06*

(Acct: 0109500-000-000)    Check Date 12/20/06    Total    $18000.00

**Blank Phones**

12/20/06
150 workloads
@ 85.00
$121.750.00
Due Santa

| #4113 | #4102 |
|---|---|

#4113
3220
(37)X5 -185
―――――
2035
10% 205
――――
1830

#4102
2640
(44)X5 220
――――
2420
10% 240
――――
2180

| # 4111 | # 4107 |
|---|---|

2670
30X5 -150
――――
2520
10% 250
――――
2270

2120
39X5 = 155
――――
1525
10% 150
――――
1735

44          4245
37          440
――        883
81

150X2= 300
10%    883

# PAISANO WORKER LOGISTICS

**WORKER LOGISTICS IS OUR BUSINESS**
P.O. BOX 450428
LAREDO, TEXAS 78045
Phone 877-796-0029 FAX 956-796-0095

**DATE:** December 19,2006
**INVOICE #** 6745
**FOR:** BUS FARE

**RECEIPT FOR:**
BLAND FARMS
ATT: ACCOUNTING
1126 RAYMOND BLAND RD.
GLENNVILLE, GA. 30427

| DESCRIPTION | AMOUNT |
|---|---|
| COST TO TRANSPORT WORKERS FROM Glennville,Ga. To Laredo, Texas | |
| 4 Buses at $4,500.00 each | $18,000.00 |
| *150 workers @ 85⁰⁰ = $12,750⁰⁰* (handwritten) | |
| *Due Sonda* (handwritten) | |
| *Due Paisano — $5,250⁰⁰* (handwritten) | |
| **TOTAL** | **$ 18,000.00** |

If you have any questions concerning this invoice, contact   RICARDO RODRIGUEZ
E-MAIL PAISANO @NETSCORP.NET

**THANK YOU FOR YOUR BUSINESS!**

**BLAND FARMS, LLC/OPERATING ACCOUNT**

4380

Ve-dor No: PAILOG / Name: PAISANO WORKER LOGISTICS

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 60072101 | | 06/06/06 | 4500.00 | 0.00 | 0.00 | 4500.00 |

4380

(Acct: 01095000-000-000)          Check Date 06/23/06          Total          $4500.00

# PAISANO WORKER LOGISTICS

**WORKER LOGISTICS IS OUR BUSINESS**
P.O. BOX 450428
LAREDO, TEXAS 78045
Phone 877-796-0029 FAX 956-796-0095

*Copy*
*Due*

| | |
|---|---|
| **DATE:** | June 6, 2006 |
| **INVOICE #** | 60072101 |
| **FOR:** | *BUS FARE* |

RECEIPT FOR:
BLAND FARMS
ATT: ACCOUNTING
1126 RAYMOND BLAND RD.
GLENNVILLE, GA. 30427

| DESCRIPTION | AMOUNT |
|---|---|
| COST TO TRANSPORT WORKERS FROM GLENNVILLE, GA. TO LAREDO, TEXAS | |
| 1 BUS DEPARTING ON JUNE 02,2006  47 WORKERS | $4,500.00 |

*Paid 06/07/06*
*Return Trip from Glennville, GA to Laredo*
*47 workers @ 85⁰⁰ = $3,995⁰⁰*
*Due Sonda →*
*Due PAISANO → $505⁰⁰*

*Pd*
*07/04/06*
*Ck# 1124*
*$3,995.00*

| | | |
|---|---|---|
| | **TOTAL** | $   4,500.00 |

If you have any questions concerning this invoice, contact    RICARDO RODRIGUEZ
E-MAIL PAISANO @NETSCORP.NET

**THANK YOU FOR YOUR BUSINESS!**

**BLAND FARMS, LLC/OPERATING ACCOUNT**

4163

Vendor No: PAILOG / Name: PAISANO WORKER LOGISTICS

4163

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 60522621 | 504500.00 | 05/21/06 | 22500.00 | 0.00 | 0.00 | 22500.00 |

(Acct: 01095000-000-000)       Check Date 06/05/06       Total       $22500.00

# PAISANO WORKER LOGISTICS

*Copy*

**WORKER LOGISTICS IS OUR BUSINESS**
P.O. BOX 450428
LAREDO, TEXAS 78045
Phone 877-796-0029 FAX 956-796-0095

| | |
|---|---|
| **DATE:** | May 21, 2006 |
| **INVOICE #** | 60522621 |
| **FOR:** | *BUS FARE* |

**RECEIPT FOR:**
BLAND FARMS
ATT: ACCOUNTING
1126 RAYMOND BLAND RD.
GLENNVILLE, GA. 30427

| DESCRIPTION | AMOUNT |
|---|---|
| COST TO TRANSPORT WORKERS FROM GLENNVILLE, GA. TO LAREDO, TEXAS | |
| 5 BUSES @ $4,500.00 EACH BUS ON MAY 21, 2006 | $22,500.00 |

*Pd 06/10/06*

*Return Trip from Glennville, GA. to Laredo*

*177 Workers @ 85⁰⁰ = $15,045.00*

*Due Senda →*

*Due Paisano → $7,455⁰⁰*

*Pd 07/04/06 Ck #1124 $15,045.00*

| | | |
|---|---|---|
| | **TOTAL** | $ 22,500.00 |

If you have any questions concerning this invoice, contact   RICARDO RODRIGUEZ
E-MAIL PAISANO @NETSCORP.NET

**THANK YOU FOR YOUR BUSINESS!**

# ᴾAISANO WORKER LOGISTICS

*WORKER LOGISTICS IS OUR BUSINESS*

LAREDO, TEXAS 78045
Phone 877-796-0029 FAX 956-796-0095

**DATE:** November 17, 2005
**INVOICE #** 155
**FOR:** *BUS FARE*

**RECEIPT FOR:**
BLAND FARMS
ATT: ACCOUNTING
1126 RAYMOND BLAND RD.
GLENNVILLE, GA. 30427

| DESCRIPTION | AMOUNT |
|---|---|
| 78 WORKERS FROM FRANKLIN, N.C. TO REIDVILLE, GA. TRANSPORTED ON 10/20/2005 AT A COST OF $40.00 A WORKER. | $3,120.00 |
| **TOTAL** | $ 3,120.00 |

If you have any questions concerning this invoice, contact Nε RICARDO RODRIGUEZ
E-MAIL PAISANO @NETSCORP.NET

**THANK YOU FOR YOUR BUSINESS!**

**BLAND FARMS, LLC** OPERATING ACCOUNT

**7186**

Vendor No: PAILOG / Name: PAISANO WORKER LOGISTICS

7186

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|--------|----------|---------|----------|---------|----------|
| 7905 | TRAVEL | 04/24/07 | 4400.00 | 0.00 | 0.00 | 4400.00 |

*handwritten: Pd 05/01/07 ck# 7186 $4,400*

(Acct: 01095000-000-000)    Check Date 04/26/07    Total    $4400.00

# PAISANO WORKER LOGISTICS

**WORKER LOGISTICS IS OUR BUSINESS**
P.O. BOX 450428
LAREDO, TEXAS 78045
Phone 877-796-0029 FAX 956-796-0095

**DATE:** April 24,2007
**INVOICE #** 7905
**FOR:** *BUS FARE*

**RECEIPT FOR:**
BLAND FARMS
ATT: ACCOUNTING
1126 RAYMOND BLAND RD.
GLENNVILLE, GA. 30427

| DESCRIPTION | AMOUNT |
|---|---|
| COST TO TRANSPORT WORKERS FROM LAREDO,TEXAS ON APRIL 20,2007 | |
| 40 WORKERS @ $110.00 PER WORKER | $4,400.00 |
| | |
| | |
| **TOTAL** | $ 4,400.00 |

*40 @ 95⁰⁰ = $3,800*
*Due Sonda*
*40 @ 15⁰⁰ = $600*
*Due Paisano*
*$4,400*

If you have any questions concerning this invoice, contact   RICARDO RODRIGUEZ
E-MAIL PAISANO @NETSCORP.NET

**THANK YOU FOR YOUR BUSINESS!**

**BLAND FARMS, LLC  OPERATING ACCOUNT**

Vendor No: PAILOG / Name: PAISANO WORKER LOGISTICS

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 7655 | | 04/05/07 | 28160.00 | 0.00 | 0.00 | 28160.00 |

(Acct: 0109500-000-000)          Check Date 04/11/07          Total          $28160.00

7069

# ᴾAISANO WORKER LOGISTICS

*WORKER LOGISTICS IS OUR BUSINESS*
P.O. BOX 450428
LAREDO, TEXAS 78045
Phone 877-796-0029 FAX 956-796-0095

**DATE:** April 5, 2007
**INVOICE #** 7655
**FOR:** *BUS FARE*

**RECEIPT FOR:**
BLAND FARMS
ATT: ACCOUNTING
1126 RAYMOND BLAND RD.
GLENNVILLE, GA. 30427

| DESCRIPTION | AMOUNT |
|---|---|
| COST TO TRANSPORT WORKERS FROM LAREDO, TEXAS ON APRIL 04,2007 | |
| 96 WORKERS @ $110.00 PER WORKER | $10,560.00 |
| COST TO TRANSPORT WORKERS FROM LAREDO, TEXAS ON APRIL 05,2007 | |
| ᑐ WORKERS @ $110.00 PER WORKER | $17,600.00 |
| **TOTAL** | $    28,160.00 |

If you have any questions concerning this invoice, contact   RICARDO RODRIGUEZ
E-MAIL PAISANO @NETSCORP.NET

**THANK YOU FOR YOUR BUSINESS!**



# Farmers New World Life Insurance Company
3003 77th Ave. S. E., Mercer Island, WA 98040

### A Life Insurance Illustration
*Farmers Flexible Universal Life*

Underwriting class: Non-Nicotine

Flexible Premium Universal Life
Initial Insurance Benefit:
$100,000
Increasing Death Benefit Option
Initial Planned Premium Outlay:
$600.00 per year

*Designed for: female age 19*

$100,000 Farmers Flexible Universal Life Policy Summary
Initial Planned Premium Outlay: $600.00 per year

|  | Guaranteed Values | Non-Guaranteed Values | |
|---|---|---|---|
|  |  | Mid-Point Values | Current Values |
| **Summary Year 5** |  |  |  |
| Accumulation Account | 2,180 | 2,256 | 2,331 |
| Cash Value | 972 | 1,048 | 1,123 |
| Death Benefit | 102,180 | 102,256 | 102,331 |
| Planned Premium Outlay | 600 | 600 | 600 |
| **Summary Year 10** |  |  |  |
| Accumulation Account | 4,637 | 4,943 | 5,258 |
| Cash Value | 4,637 | 4,943 | 5,258 |
| Death Benefit | 104,637 | 104,943 | 105,258 |
| Planned Premium Outlay | 600 | 600 | 600 |
| **Summary Year 20** |  |  |  |
| Accumulation Account | 10,311 | 12,015 | 13,853 |
| Cash Value | 10,311 | 12,015 | 13,853 |
| Death Benefit | 110,311 | 112,015 | 113,853 |
| Planned Premium Outlay | 600 | 600 | 600 |
| **Summary Age 70** |  |  |  |
| Accumulation Account | 15,675 | 36,758 | 63,337 |
| Cash Value | 15,675 | 36,758 | 63,337 |
| Death Benefit | 115,675 | 136,758 | 163,337 |
| Planned Premium Outlay | 600 | 600 | 600 |

*Guaranteed Values*
Based on the guaranteed minimum interest rate of 3.00% and guaranteed maximum policy charges. Under the guaranteed scenario, coverage will cease in the 58th year.

*Current Values*
Based on an interest rate of 4.25% and current policy charges which are subject to change at any time. Current values are not guaranteed. Actual values may be more or less favorable. Under the current scenario, coverage will cease in the 73rd year.
The assumptions are not likely to continue unchanged for the years shown and the assumptions are subject to change by the insurer. The actual results may be more or less favorable. The factors, which may affect future policy performance, are:
(1)death claims, (2)investment earnings, (3) overhead expenses. See page 4 for the definition of Non-Guaranteed elements of the policy.

*Mid-Point Values*
Based on an interest rate which is midway between the current and guaranteed rates, and an average of current and guaranteed charges. Under the mid-point scenario, coverage will cease in the 65th year.

Any outstanding loan and loan interest will reduce the death benefit and cash value. Premiums are assumed to be paid when scheduled and policy values are illustrated as of the end of the policy year.

A copy of this illustration has been provided to applicant/policyowner.

_____     _____
Policyowner                                      Date

I certify that this illustration has been presented to the policyowner and that I have explained that any non-guaranteed elements illustrated are subject to change. I have made no statements that are inconsistent with the illustration.

_____     _____
Agent                                              Date

Policy Form 2003-048

*Presented by: Rodriguez Insurance Agency*
*5411 McPherson, suite 101*
*Laredo, Texas 78041*

*April 2, 2007*
*Page 7 of 9 pages*
*Not valid unless all pages are included*

# ᴘAISANO WORKER LOGISTICS

*WORKER LOGISTICS IS OUR BUSINESS*
P.O. BOX 450428
LAREDO, TEXAS 78045
Phone 877-796-0029 FAX 956-796-0095

**DATE:** April 5, 2007
**INVOICE #** 7655
**FOR:** *BUS FARE*

**RECEIPT FOR:**
BLAND FARMS
ATT: ACCOUNTING
1126 RAYMOND BLAND RD.
GLENNVILLE, GA. 30427

| DESCRIPTION | AMOUNT |
|---|---|
| COST TO TRANSPORT WORKERS FROM LAREDO,TEXAS ON APRIL 04,2007 | |
| 96 WORKERS @ $110.00 | $10,560.00 |
| COST TO TRANSPORT WORKERS FROM LAREDO,TEXAS ON APRIL 05,2007 | |
| WORKERS @ $110.00 | $17,600.00 |
| | |
| **TOTAL** | $ 28,160.00 |

If you have any questions concerning this invoice, contact RICARDO RODRIGUEZ
E-MAIL PAISANO @NETSCORP.NET

**THANK YOU FOR YOUR BUSINESS!**

# Farmers New World Life Insurance Company
3003 77th Ave. S. E., Mercer Island, WA 98040



## A Life Insurance Illustration
### Farmers Flexible Universal Life

*Designed for: female age 19*

$100,000 Farmers Flexible Universal Life Policy

Underwriting class: Non-Nicotine
Flexible Premium Universal Life
Initial Insurance Benefit:
$100,000
Increasing Death Benefit Option
Initial Planned Premium Outlay:
$600.00 per year

**Guaranteed Values**
Based on the guaranteed minimum interest rate of 3.00% and guaranteed maximum policy charges. Under the guaranteed scenario, coverage will cease in the 55th year.

**Current Values**
Based on an interest rate of 4.25% and current policy charges which are subject to change at any time. Current values are not guaranteed. Actual values may be more or less favorable. Under the current scenario, coverage will cease in the 73rd year.

The assumptions are not likely to continue unchanged for the years since the assumptions are subject to change by the insurer. The actual results may be more or less favorable. The factors, which may affect future policy performance, are: (1)death claims, (2)investment earnings, (3) overhead expenses. See page 4 for the definition of Non-Guaranteed elements of the policy.

Any outstanding loan and loan interest will reduce the death benefit and cash value. Premiums are assumed to be paid when scheduled and policy values are illustrated as of the end of the policy year.

This illustration assumes accumulation account values are used to pay monthly deductions as they become due. Non-guaranteed values are based on the Company's current interest rate and current monthly charges. Results may be more or less favorable than those illustrated.

| Premium Outlay | Age | Year | Guaranteed Values — Cash Value Account | Accumulation Account | Death Benefit | Current Non-Guaranteed Values — Cash Value Account | Accumulation Account | Death Benefit |
|---|---|---|---|---|---|---|---|---|
| 600 | 54 | 35 | 18,308 | 18,308 | 118,308 | 19,792 | 19,792 | 119,792 |
| 600 (1-40 24,000) | 59 | 40 | 19,924 | 19,924 | 119,924 | 33,587 | 33,587 | 133,587 |
| 600 | 64 | 45 | 16,824 | 16,824 | 116,824 | 42,223 | 42,223 | 142,223 |
| 600 (1-50 30,000) | 69 | 50 | 8,132 | 8,132 | 108,132 | 51,649 | 51,649 | 151,649 |
| 600 | 74 | 55 | 1,655 | 1,655 | 101,665 | 61,448 | 61,448 | 161,448 |
| 600 | 76 | 57 | 0** | 0** | 0** | 70,226 | 70,226 | 170,226 |
| 600 | 77 | 58 | 0** | 0** | 0** | 72,755 | 72,755 | 172,755 |
| 600 (1-60 36,000) | 79 | 60 | 0** | 0** | 0** | 73,673 | 73,673 | 173,673 |
| 600 | 84 | 65 | 0** | 0** | 0** | 74,259 | 74,259 | 174,259 |
| 600 (1-70 42,000) | 89 | 70 | 0** | 0** | 0** | 65,698 | 65,698 | 165,698 |
| 600 | 91 | 72 | 0** | 0** | 0** | 32,827 | 32,827 | 132,827 |
| 600 (1-73 43,200) | 92 | 73 | 0** | 0** | 0** | 10,341 | 10,341 | 110,341 |
| 0 | 94 | 75 | 0** | 0** | 0** | 0** | 0** | 0** |
| 0 | 95 | 76 | 0** | 0** | 0** | 0** | 0** | 0** |

** Based upon the planned premium outlay shown above, the policy will cease before age 95.

Policy Form 2003-048

Presented by: Rodriguez Insurance Agency
5411 McPherson, suite 101
Laredo, Texas 78041

April 2, 2007
Page 9 of 9 pages
Not valid unless all pages are included

**BLAND FARMS, LLC   OPERATING ACCOUNT**

**8143**

Vendor No: PAILOG / Name: PAISANO WORKER LOGISTICS

8143

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 8865 | | 06/15/07 | 3630.00 | 0.00 | 0.00 | 3630.00 |

(Acct: 0109500-000-000)

Check Date 07/06/07

Total                    $3630.00

# PAISANO WORKER LOGISTICS

**WORKER LOGISTICS IS OUR BUSINESS**
P.O. BOX 450428
LAREDO, TEXAS 78045
Phone 877-796-0029 FAX 956-796-0095

**DATE:** June 15,2007
**INVOICE #** 8865
**FOR:** *BUS FARE*

**RECEIPT FOR:**
BLAND FARMS
ATT: ACCOUNTING
1126 RAYMOND BLAND RD.
GLENNVILLE, GA. 30427

| DESCRIPTION | AMOUNT |
|---|---|
| COST TO TRANSPORT WORKERS FROM GLENNVILLE,GA. TO LAREDO,TEXAS | |
| 33 WORKERS @ $110.00 EACH WORKER DEPARTING ON 06/14/2007 | $3,630.00 |
| | |
| *Pd* | |
| *07/10/07* | |
| *P/EA 8143* | |
| *$3,630.00* | |
| *33 @ 95ºº = $3,135* | |
| *Due Sanda* | |
| *33 @ 15ºº = $495* | |
| *Due Paisano* | |
| **TOTAL** | $   3,630.00 |

If you have any questions concerning this invoice, contact   RICARDO RODRIGUEZ
E-MAIL PAISANO @NETSCORP.NET

**THANK YOU FOR YOUR BUSINESS!**

**BLAND FARMS, LLC   OPERATING ACCOUNT**

Vendor No: PAILOG / Name: PAISANO WORKER LOGISTICS

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 8511 | BUS FARE | 06/06/07 | 4950.00 | 0.00 | 0.00 | 4950.00 |
| 8512 | BUS FARE | 06/06/07 | 5500.00 | 0.00 | 0.00 | 5500.00 |

(Acct: 01095000-000-000)          Check Date 06/13/07          Total          $10450.00

7867

7965

# ᴾAISANO WORKER LOGISTICS

**WORKER LOGISTICS IS OUR BUSINESS**
P.O. BOX 450428
LAREDO, TEXAS 78045
Phone 877-796-0029 FAX 956-796-0095

**DATE:** June 06,2007
**INVOICE #** 8512
**FOR:** *BUS FARE*

**RECEIPT FOR:**
BLAND FARMS
ATT: ACCOUNTING
1126 RAYMOND BLAND RD.
GLENNVILLE, GA. 30427

| DESCRIPTION | AMOUNT |
|---|---|
| COST TO TRANSPORT WORKERS FROM GLENNVILLE,GA. TO WELLINGTON, COLORA | |
| COST OF BUS IS $5,500.00 | $5,500.00 |

*1 Bus @ 5,000⁰⁰ Dud Sanda*
*1 Bus @ 500⁰⁰ Dud Paisano*

| | TOTAL | $ | 5,500.00 |
|---|---|---|---|

If you have any questions concerning this invoice, contact   RICARDO RODRIGUEZ
E-MAIL PAISANO @NETSCORP.NET

**THANK YOU FOR YOUR BUSINESS!**

# ᴾAISANO WORKER LOGISTICS

**WORKER LOGISTICS IS OUR BUSINESS**
P.O. BOX 450428
LAREDO, TEXAS 78045
Phone 877-796-0029 FAX 956-796-0095

**DATE:** June 06,2007
**INVOICE #** 8511
**FOR:** *BUS FARE*

**RECEIPT FOR:**
BLAND FARMS
ATT: ACCOUNTING
1126 RAYMOND BLAND RD.
GLENNVILLE, GA. 30427

| DESCRIPTION | AMOUNT |
|---|---|
| COST TO TRANSPORT WORKERS FROM GLENNVILLE,GA. TO LAREDO, TEXAS | |
| 45 Workers @110.00 on June 06,2007 | $4,950.00 |
| *45 workers @ 95⁰⁰ = $4,275⁰⁰ Due Sonda* | |
| *45 workers @ 15⁰⁰ = $675⁰⁰ Due Paisano* | |
| **TOTAL** | $  4,950.00 |

If you have any questions concerning this invoice, contact   RICARDO RODRIGUEZ
E-MAIL PAISANO @NETSCORP.NET

**THANK YOU FOR YOUR BUSINESS!**