UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GUMECINDO COVARRUBIAS-GUERRERO and PABLO RAMOS-BARRIENTOS, on behalf of themselves and all other similarly situated persons,

Plaintiffs,

v.                               6:09-cv-5

DELBERT C. BLAND d/b/a BLAND FARMS, BLAND FARMS, LLC, and DELBERT C. BLAND,

Defendants.

### ORDER

The Court has reviewed the revised joint settlement agreement and class notice filed on April 11, 2012. *See* Docs. 169-1; 169-2. Based on this review, the Court is amenable to approving the agreement but would like to make the parties aware of a few remaining concerns.

First, the revised agreement is not signed by any of the attorneys. *See* Doc. 169-1 at 22-23.

Second, counsel have revised the language regarding the case in which the settlement class is to be certified. *Compare* Doc. 161-1 at 14-16, 22 (stating "in *Covarrubias-Guerrero*") *with* Doc. 169-1 at 14-16, 22 (stating "in the consolidated case"). The parties should inform the Court of the reasoning behind this change.

Third, the Court again notes that although Gumecindo Covarrubias-Guerrero and Pablo Ramos-Barrientos are set forth as the class representatives, *see* Doc. 164 at 5, they are specifically excluded from the class to be certified. *See* Doc. 169-1 at 14-15; *see also* Doc. 165 at 2-3 (noting the exclusion but concluding that the two named plaintiffs are proper class representatives).

Finally, in light of Mr. Schell's addition as counsel, the parties should re-submit the joint motion filed November 18, 2011. *See* Doc. 161; *see also* Doc. 168.

The Court is well aware that all parties are willing and ready to have these cases and issues resolved. Nevertheless, the Court must properly scrutinize the proposed class certification and settlement. Counsel will comply with the terms of this Order as soon as possible.

This 19th day of April 2012.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA